UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRENDA CANNON,<br><br>               Plaintiff,<br><br>v.<br><br>COMMUNICATION COMPONENTS, INC;<br>DENNIS NATHAN and PAT CERULLI,<br>and DOES 1-50,<br><br>               Defendants. | CASE NO: C19-804 RSM<br><br>STIPULATED ORDER EXTENDING DEADLINES |

This matter came before the Court on the Stipulated Motion to Extend Deadlines. The Court having reviewed the Motion and the record herein, and finding that good cause exists to grant the relief requested, now therefore, it is hereby:

ORDERED that the deadline for Defendant Communication Components, Inc. ("CCI") to answer, move, or otherwise respond to Plaintiff's Complaint herein is extended to August 2, 2019; and it is further

ORDERED that the following extended deadlines shall govern this proceeding:

| | |
|---|---|
| Deadline for Defendant CCI to answer, move, or otherwise respond to Plaintiff's Complaint | August 2, 2019 |
| Deadline for FRCP 26(f) Conference | August 16, 2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | August 23, 2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | August 30, 2019 |

STIPULATED ORDER EXTENDING DEADLINES - 1

DBS|LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205  Seattle, WA 98125
p: 206.489.3802 | f: 206.973.8737

Dated this 18th day of July 2019.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

DBS LAW

By  *s/ Dominique R. Scalia*
     Dominique R. Scalia, WSBA No. 47313

     Jeffrey K. Daman
     *Pro Hac Vice*
     Daman & Associates, LLP
     1500 Walnut Street, 21st Floor
     Philadelphia, PA 19103
     Phone:    484-775-0468
     Email:    Jeffrey.daman@damanllp.com

     *Attorneys for Plaintiff Brenda Cannon*


WILLIAMS KASTNER & GIBBS PLLC

By  *s/ Josephine Burnet Vestal*
     Josephine Burnet Vestal, WSBA No. 5849
     *Attorney for Defendants*
     *Communications Components, Inc.,*
     *Dennis Nathan and Patrick Cerulli*

     Richard L. Ravin, Esq.
     *Pro Hac Vice*
     Hartman & Winnicki, P.C.
     74 Passaic Street,
     Ridgewood, NJ 07450
     Phone: 201-967-8040
     Fax:    201-967-0590
     E-Mail: Rick@Ravin.com

     *Attorneys for Defendants*
     *Communications Components, Inc.,*
     *Dennis Nathan and Patrick Cerulli*

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737